# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2300 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 91 DB 2016 |
| | : | |
| | : | Attorney Registration No. 90023 |
| v. | : | |
| | : | (Mercer County) |
| NICOLE M. HOWARD | : | |
| | : | |
| Respondent | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of October, 2016, upon consideration of the Recommendation of the Disciplinary Board, Nicole M. Howard is placed on temporary suspension until further action by this Court. *See* Pa.R.D.E. 208(f)(5). She shall comply with the provisions of Pa.R.D.E. 217.

The Order constitutes an imposition of public discipline within the meaning of Pa.R.D.E. 402, pertaining to confidentiality.